UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Philip J. Charvat

                Plaintiff,

v.                                             Case No.: 1:13–cv–07104
                                                      Honorable Manish S. Shah

The Allstate Corporation, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 20, 2015:

      MINUTE entry before the Honorable Manish S. Shah: Status hearing previously set for 2/20/15 is hereby stricken. By agreement of the parties, this case is dismissed without prejudice and with leave to reinstate by 3/23/15. If no motion for leave to reinstate has been filed with 3/23/15, then the dismissal shall be with prejudice. Terminate civil case. Notices mailed by Judicial Staff. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.